# In the United States Court of Federal Claims

No. 12-508C

(E-Filed: November 25, 2013)

| | |
|---|---|
| CLAUDIA ASTRID HURTADO VARGAS, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) ) |

### ORDER

      Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, and because I find that the transfer of the above-captioned case is necessary for the efficient administration of justice, this case shall be transferred to Judge Elaine D. Kaplan by the Clerk of Court.

      IT IS SO ORDERED.

      s/ Patricia E. Campbell-Smith
      PATRICIA E. CAMPBELL-SMITH
      Chief Judge